M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 JAN -2 A 10: 35

Prison A131711W Marguerite L.R. H. Brooks   DEBRA P. HACKETT, CLK
Full name and prison name of                 U.S. DISTRICT COURT
Plaintiff(s)                                 MIDDLE DISTRICT ALA

v.

State of Alabama
Tube Insertors
USA

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:08cv002 -WKW
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Marguerite Louise Richards Hardy Brooks 171716

            Defendant(s) All parties involved of Confiscation of Refusal to pay.

        2.  Court (if federal court, name the district; if state court, name the county)
            United States District Court

3. Docket number _CR-97-2035_

4. Name of judge to whom case was assigned _Ex-Judge Williard R. Gordon_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _dismissed_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Julia Tutwiler Prison for Women_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Julia Tutwiler Prison for Women_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. _Julia Tutwiler Prison for Women_

2. 

3. 

4. 

5. 

6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Since_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Disparite am Rejected By and from Rules and Regulations and Laws_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

all person of the time and Manner is Written involved

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Grant All I Marguerite Louise Richards Brooks ask for and Has filed for But are righteously due So of the United States of America

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
             (Date)


_____
Signature of plaintiff(s)

Priscilla Mizell/Jaquelile Louise Richards Hardy Books
Julia Tutwiler Prison for Women
8966 U.S. Highway 231
Wetumpka, AL 36092  CR-97-2035
DOB 12-26-07  PC9579  W/W9KI
DOM P BOL-3-13 top AT Nosea

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

Judge Mark Fuller
P.O Box 711
Montgomery, Alabama 36101-0711

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

January 3, 2008

Marguerite Louise Brooks
AIS 171716
Julia Tutwiler Prison for Women
8966 U. S. Highway 231 North
Wetumpka, AL 36092

**Re: Civil Complaint, 2:08-cv-00002-WKW**

Dear Ms. Brooks:

    On January 2, 2008 we received and filed your Complaint. We need you to provide an original ink signature to the signature page of your Complaint. This page is not signed.

    Please find the enclosed signature page, and sign it **in ink**. Then return the page to our office as soon as possible.

    Feel free to contact the Clerk's Office is we can be of further assistance.

    Sincerely,

    DEBRA P. HACKETT, CLERK

    By: *[signature]*
        Deputy Clerk

DPH/br

Encl. Signature page

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Grant All I Marguerite Louise Richards Brooks ask for and Has filed for But are righteously due to one of the United states of america

X 171716 Marguerite Louise Richards Hardy Brooks
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008
(Date)

171716
X Marguerite Louise Richards Hardy Brooks
Signature of plaintiff(s)

#1717 Marguerite Lenise Richard * Hardy Brooks 171716
Julia Tutwiler Prison for Women 03-23-023N9200 State of Alabama
8966 U. S. Highway 231 2-97-2035 Old As POOL TRO Central Mail Ops
Wetumpka, AL 36092         Jan 4, 2008   PC9579  uuk9kI
Dorm F Bed F-3-15Top

Circuit Clerk
United States District Court
P.O Box 711
Montgomery, Alabama, 36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101X0711