IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGUERITE LOUISE BROOKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:08-CV-2-WKW<br>(WO) |

## **ORDER**

On January 15, 2008, the Magistrate Judge filed a Recommendation (Doc. # 3) that this case be dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon initiation of the case. The Magistrate Judge determined that the plaintiff was not allowed to bring a civil action *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) because she had previously brought three or more actions that were dismissed as frivolous, malicious, for failure to state a claim and/or for asserting claims against defendant who were immune from suit and the plaintiff was not under imminent danger of physical injury. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 3) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for failure to pay full filing fee upon initiation of this case.

An appropriate judgment will be entered.

DONE this 5th day of February, 2008.

                                        /s/  W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE